UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER WOOTTEN, | Case No.: C 10-4946 PVT |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| BAC HOME LOANS SERVICING, L.P. | |
| Defendant. | |

On November 1, 2010, Plaintiff filed a Motion for Preliminary Injunction, which she asks the court to rule on without notice to Defendant. *See*, Motion for Preliminary Injunction, at p. 24. Based on Plaintiff's request and the file herein,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge.[1] This order is without prejudice to the parties later consenting to Magistrate Judge jurisdiction, if they so choose.

Dated: *11/2/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This case has been initially assigned to a Magistrate Judge. Unlike District Judges, Magistrate Judges do not have authority to hear motions for injunctive relief, such as Plaintiff's motion for a preliminary injunction, unless all parties first consent to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(b)(1)(A) & (c)(1).

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on   *11/5/10*           to:

Jennifer Wooten
700 Tea Tree Court
San Jose, CA  95128

                                  */s/   Donna Kirchner     for*
                                  OSCAR RIVERA
                                  Courtroom Deputy