| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>408 286 0187 | FOR COURT USE ONLY |
|---|---|---|
| jennifer wootten<br>700 Teatree Court<br>San Jose, CA 95128<br>ATTORNEY FOR  In pro per | Ref. No. or File No.<br>file pro se without attorney | |
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN JOSE<br>280 S First St<br>San Jose, CA 95113 | | |
| SHORT TITLE OF CASE:<br>Jennifer Wootten vs BAC Home Loans Servicing, LP | | |
| INVOICE NO.  DATE:  TIME:  DEP./DIV.<br>774951 | | CASE NUMBER:<br>CV10-04946 |

United States District Court
Declaration of Service

**File by Fax**

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

SUMMONS CIVIL ACTION; Order Setting Initial Case Management Conference; Original Petition, Civil Case Cover; Preliminary Injunction;

On: BAC Home Loans Servicing, LP

At: 818 West Seventh Street 200
Los Angeles, CA 90017

**FILED**

NOV 0 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the above mentioned action by delivering to and leaving with

Margaret Wilson
Whose title is: Authorized Agent

On: 11/3/2010    At: 02:45 PM

Person who served papers
  a. Name: Christopher Andaya
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 99.50
  e. I am:
  (3) [X] a registered CA process server:
      (i) [X] Employee
      (ii) Registration No.: 6757
      (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

11/4/2010

Christopher Andaya

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12

Declaration of Service