Jennifer Wootten, Pro Se
700 Tea Tree Court
San Jose, CA 95128
Telephone:   408-286-0187
Email:   wootten@boxbe.com

**BRYAN CAVE LLP**
Robert J. Esposito, California Bar No. 267031
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
E-mail:   robert.esposito@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, Cal. Bar No. 132780
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   310 576-2100
Facsimile:   310 576-2200
Email:   rboone@bryancave.com

Attorneys for Defendant
BAC HOME LOANS SERVICING, LP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER WOOTTEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>            Defendant. | Case No. 10-CV-04946-LHK<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE (FRCP 41(A))**<br><br>Judge: Honorable Lucy H. Koh |

SF01DOCS29516.1

1  Plaintiff Jennifer Wootten and Defendant BAC Home Loans Servicing, LP (collectively
2  referred to as the "Parties"), hereby stipulate as follows:
3  WHEREAS, This action was filed in the District Court for the Northern District of California
4  on November 1, 2010.
5  WHEREAS The content of this document is acceptable to the Parties and to all persons who
6  have signed below.
7  NOW, THEREFORE, it is hereby stipulated and agreed that the Complaint is hereby
8  dismissed pursuant to Federal Rule of Civil Procedure 41(a), without prejudice.
9  IT IS SO STIPULATED.
10 Dated: March 22, 2011

By:  s/ Jennifer Wootten
     Jennifer Wootten
     Pro Se

14 Dated: March 22, 2011

**BRYAN CAVE LLP**
Robert E. Boone, III
Robert J. Esposito

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

By:  s/ Robert J. Esposito
     Robert J. Esposito
     Attorneys for Defendant
     BAC HOME LOANS SERVICING, LP

[~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, this action is hereby dismissed without prejudice.  **IT IS SO ORDERED.**

. Dated: March 22, 2011                    _Lucy H. Koh_____
                                            Honorable Lucy H. Koh
                                            United States District Court

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907